28 A.3d 1243

IN THE MATTER OF WILLIAM E. GAHWYLER, AN ATTORNEY AT LAW (ATTORNEY NO. 018291990).

October 20, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11-054, concluding that **WILLIAM E. GAHWYLER** of **MIDLAND PARK,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.2(d) (assisting a client in conduct the attorney knows to be illegal,

criminal, or fraudulent), *RPC* 1.5(b) (failure to communicate the basis or rate of attorney's fee in writing), *RPC* 1.7(a)(1) and (2) (concurrent conflict of interest), *RPC* 4.1(a) (knowingly false statement of material fact to a third party), *RPC* 8.4(b) (criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **WILLIAM E. GAHWYLER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.